IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  3:92CR93-01 |
| v. | ) | (Financial Litigation Unit) |
| | ) | |
| OSUALDO VELASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on the "United States' Motion For An Order Requiring Liquidation Of Valuable Property Held By The Federal Bureau Of Investigation To Be Applied To Fine" (Document No. 2) filed October 25, 2010.  No response has been filed.  Having carefully considered the government's motion, for the reasons stated therein, the undersigned will grant the motion.

**IT IS THEREFORE ORDERED** that the Federal Bureau of Investigation convey and remit to the Office of the Clerk of Court for the United States District Court for the Western District of North Carolina  the sum of $1,962.00 of the $2,176.00 that was seized from Osualdo Velasquez on March 16, 1992, and which is now in the possession of the Federal Bureau of Investigation, in full satisfaction of the fine imposed by the criminal judgment in this matter.

Signed: November 9, 2010

David C. Keesler
United States Magistrate Judge